# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARRION DONTA WRIGHT, | Case No. 3:19-cv-00317-MMD-CBC |
| Petitioner, | ORDER DISMISSING ACTION |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

This case is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Arrion Donta Wright, a Nevada prisoner. Wright filed a habeas petition on June 10, 2019 (ECF No. 1-1). However, Wright did not pay the filing fee for this action, and he did not file an application to proceed *in forma pauperis*. Therefore, the Court will summarily dismiss this case.

If Wright wishes to pursue a federal habeas corpus action, he must initiate a new case by filing a habeas petition and either paying the $5 filing fee or filing a fully completed application to proceed *in forma pauperis,* including the required financial certificate.

It is therefore ordered that this action is dismissed, without prejudice.

It is further ordered that Petitioner is denied a certificate of appealability.

It is further ordered that the Clerk of the Court will enter judgment accordingly.

///

///

///

///

///

///

It is further ordered that the Clerk of the Court send Petitioner, along with a copy of this order, a copy of his habeas petition (ECF No. 1-1), two copies of the form petition for writ of habeas corpus, and two copies of the form for a prisoner's application to proceed *in forma pauperis*.

DATED THIS 14th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE